[933 NE2d 208, 906 NYS2d 809]

KRISTOPHER KOHL, Appellant, v AMERICAN TRANSIT INSURANCE COMPANY, Respondent.

Argued June 3, 2010; decided July 1, 2010

**APPEARANCES OF COUNSEL**

*David Katz & Associates, LLP*, New York City (*Salvatore J. Sciangula* of counsel), for appellant.

*Marjorie E. Bornes*, New York City, for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs.

Kristopher Kohl, a passenger in a taxicab, was sued by a bicyclist who claimed that he was injured when Kohl opened the taxi's door. The Appellate Division correctly held that Kohl was not insured under the taxi owner's policy of automobile liability insurance. The policy says that it "shall inure to the benefit of any person legally operating" the insured vehicle in the business of the insured. The word "operating" cannot be stretched to include a passenger's riding in the car or opening the door.

Chief Judge Lippman and Judges Ciparick, Graffeo, Read, Smith, Pigott and Jones concur.

Order affirmed, with costs, in a memorandum.